1  Walter T. Clark, Esq. (SBN 53303)
   wclark@walterclark.com
2  Vincent J. Bledsoe, Esq., (SBN 311392)
   WALTER CLARK LEGAL GROUP
3  A Professional Law Corporation
   76-861 Highway 111
4  Rancho Mirage, CA  92270
   Tel: (760) 862-9254
5  Fax: (760) 862-1121

6  Attorneys for *Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JESUS CHRISTINA REYNOSO, an individual; ABEL REYNOSO, an individual; NHADINE REYNOSO, an individual; | ) Case No. 5-cv-21-00835-FWS-KK |
|---|---|
| Plaintiffs, | ) **NOTICE OF SETTLEMENT** |
| v. | ) Judge:   Hon. Fred W. Slaughter |
| JOSE IGNACIO ROSARIO PENALOZA, an individual; UNITED STATES OF AMERICA; BUREAU OF LAND MANAGEMENT, a public entity; and DOES 1 to 50, inclusive, | ) |
| Defendants. | ) |

1
NOTICE OF SETTLEMENT

TO THE DISTRICT COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 16-15.7, Jesus Christina Reynoso, Abel Reynoso, Nhadine Reynoso (Plaintiffs), Jose Igancio Rosario-Penaloza (Defendant), and United States of America, (collectively, the "Parties") hereby notify the Court that a settlement has been reached in the above-captioned matter.

The Parties are in the process of documenting said settlement and anticipate that a stipulation to dismiss this action with prejudice will be filed within four weeks.

Date: July 29, 2022        **WALTER CLARK LEGAL GROUP**

*/s/ Vincent J. Bledsoe*
Vincent J. Bledsoe
Attorney for Plaintiffs

2
NOTICE OF SETTLEMENT